# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

ROBIN STEVENS, JR.,

        Petitioner,   :        Case No. 2:25-cv-24

     - vs -                      District Judge James L. Graham
                                   Magistrate Judge Michael R. Merz

JAY FORSHEY, WARDEN,
  Noble Correctional Institution,

                           :
        Respondent.

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 18) to the Magistrate Judge's Report and Recommendations (ECF No. 17).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

July 15, 2025.

                                                    /s/James L. Graham
                                                         James L. Graham
                                                    United States District Judge