**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

ROBIN STEVENS, JR.,

Petitioner, : Case No. 2:25-cv-00024

- vs - District Judge James L. Graham
Magistrate Judge Michael R. Merz

JAY FORSHEY, WARDEN,
Noble Correctional Institution,

:

Respondent.

## DECISION AND ORDER

This habeas corpus action under 28 U.S.C. § 2254, brought *pro se* by Petitioner Robin Stevens, Jr., is before the Court on Petitioner's Notice of Appeal (ECF No. 29) and ancillary Motions to Prepare a Complete Transcript (ECF No. 30) and to Appoint Counsel (ECF No. 31).

There were no proceedings in this Court to be transcribed. That is, all proceedings were in writing; none occurred orally. Hence there is no record to be transcribed. This Court reached its decision entirely upon the State Court Record (ECF No. 8) which has been provided to the Petitioner and is fully available electronically to the Sixth Circuit Court of Appeals. Therefore the Motion to Prepare a Complete Transcript is denied as moot.

Because Judge Graham has denied Petitioner a certificate of appealability and certified any appeal would be frivolous, Petitioner's Motion to Appoint Counsel is denied. The Clerk may ignore the Praecipe filed by Petitioner (ECF No. 33) unless otherwise instructed by the Sixth Circuit.

It is so ordered.

September 16, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge